UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-80511-CIV-MARRA

JOSEPH J. FOSTANO,

    Plaintiff,

v.

PIONEER CREDIT RECOVERY, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

In accordance with the Court's Order and Opinion Granting Defendant's Motion For Summary Judgment against Plaintiff dated February 19, 2014, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment be and the same is hereby **ENTERED** in favor of Defendant Pioneer Credit Recovery, Inc. as to all claims asserted in this case, which are **DISMISSED WITH PREJUDICE**. All pending motions not otherwise ruled upon are **DENIED AS MOOT**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 19th day of February, 2014.

                                                  _____
                                                KENNETH A. MARRA
                                                United States District Judge